THE STATE OF KANSAS, *Appellee*, v. TOM CHURCH, *Appellant*.

No. 17,442.

Appeal from Greenwood district court. Opinion filed May 6, 1911. Affirmed.

*Lew E. Clogston*, and *Robert H. Clogston*, for the appellant.

*John S. Dawson*, attorney-general, *S. N. Hawkes*, assistant attorney-general, and *Charles D. Shukers*, special assistant attorney-general, for the appellee; *I. F. Benest*, and *S. F. Wicker*, of counsel.

*Per Curiam:* This is an appeal from the conviction of the appellant for a violation of the prohibitory liquor law. In the absence of a bill of exceptions the evidence is to be presumed sufficient to support the charge. The trial appears to have been conducted regularly and no question of error is presented which demands discussion.

The judgment is affirmed.

---

THE STATE OF KANSAS, *Appellee*, v. JUSTUS B. LINDERHOLM, *Appellant*.

No. 17,011.

Appeal from McPherson district court. Opinion denying a rehearing, filed May 22, 1911. (For original opinion, see *ante*, p. 603.)

*Joseph G. Waters*, and *John C. Waters*, for the appellant.

*George W. Allison*, county attorney, for the appellee.

*Per Curiam:* In a petition for a rehearing a federal question is raised for the first time. It will not be considered or decided. The questions which were presented at the hearing and in the appellant's brief were sufficiently discussed in the opinion heretofore filed.

The petition for a rehearing is denied.